**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ACCESS FOR THE DISABLED,
INC. and JOHNNY LONG,**

    **Plaintiffs,**

**v.**                                                **Case No. 8:04-cv-834-T-30MAP**

**BDBP, LTD,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties Joint Motion for Approval of Settlement (Dkt. # 22). The Court, having considered the motion and having reviewed the records of Plaintiffs' counsel and expert, finds that the motion should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement (Dkt. # 22) is GRANTED IN PART AND DENIED IN PART.

2. This Court has reviewed the time records for Plaintiffs' counsel and expert and hereby APPROVES Plaintiffs' request for attorney's fees, expert fees and costs in the following amounts:

ATTORNEY'S FEES

Whitelock & Associates, P.A. - $600.00 (2.4 hours at $250.00 per hour)

Todd W. Shulby, P.A. - $4,700.00 (18.8 hours at $250.00 per hour)

EXPERT'S FEES

Accessibility Disability Consultants - $1,237.50 (8.25 hours at $150.00 per hour)

COSTS FOR TODD W. SHULBY, P.A.

| | |
|---|---|
| Filing Fee | $150.00 |
| Process Server | $ 60.00 |
| Total | $210.00 |

3. Mr. Shulby is cautioned that vague billing entries such as "review correspondence from opposing counsel" and "draft correspondence to client" are insufficient and that more specific detail will be required in the future.

4. This action is hereby dismissed with prejudice.

5. The Clerk is directed to close the file and terminate all motions.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-834.ada settlement atty fees.wpd